No. 93–428.   LIVINGSTONE v. DONAHEY ET AL.   C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Key Tronic Corp.* v. *United States,* 511 U. S. 809 (1994).

No. A–991.   GRIGSBY v. O'DONNELL, JUDGE, 301ST DISTRICT COURT, DALLAS COUNTY, TEXAS.   Dist. Ct., 301st Jud. Dist., Dallas County, Tex.   Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1063.   IN RE DISBARMENT OF WEISS.   Disbarment entered.   [For earlier order herein, see 502 U. S. 1011.]

No. D–1375.   IN RE DISBARMENT OF McNAMARA.   Disbarment entered.   [For earlier order herein, see 511 U. S. 1002.]

No. D–1380.   IN RE DISBARMENT OF COOPER.   Disbarment entered.   [For earlier order herein, see 511 U. S. 1016.]

No. D–1385.   IN RE DISBARMENT OF McCLENNY.   Disbarment entered.   [For earlier order herein, see 511 U. S. 1028.]

No. D–1405.   IN RE DISBARMENT OF WARNER.   It is ordered that Marq J. Warner, of Englewood, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1406.   IN RE DISBARMENT OF BRENNAN.   It is ordered that John Daniel Brennan, of Evanston, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.